IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00473-JRG-RSP |
| § | (LEAD CASE) |
| MITEL NETWORKS, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Estech Systems, IP, LLC ("Plaintiff") and Primoris Services Corporation and Primoris Design & Construction, Inc. ("Defendants"). (Dkt. No. 338.) In the Motion, the parties represent that they have resolved all claims and counterclaims asserted in this case and request dismissal.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims by Plaintiff against Defendants are dismissed **WITH PREJUDICE** and all claims by Defendants against Plaintiff are dismissed **WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in Member Case No. 2:21-CV-00481 not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:21-CV-00481, and **MAINTAIN AS OPEN** the above-captioned Lead Case.

So ORDERED and SIGNED this 10th day of April, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE